Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INDICTMENT

   - v. -                         :      07 Cr.

FREILIN M. NUNEZ,                 :

       Defendant.                :      07CRIM.  490

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about April 28, 2004, and continuing thereafter, in the Southern District of New York and elsewhere, FREILIN M. NUNEZ, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of fifteen years and more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, NUNEZ failed to appear before United States District Judge George B. Daniels on April 28, 2004, for a conference in the matter of <u>United States v. Freilin Nunez</u>, 03 Cr. 741 (GBD), or at any time thereafter.

     (Title 18, United States Code, Sections 3146(a)(1)
                  and (b)(1)(A)(i).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                           United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FREILIN M. NUNEZ,

Defendant.

INDICTMENT

06 Cr.

(18 U.S.C. § 3146(a)(1) & (b)(1)(A)(i))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5/31/07 TLC: Post 11/1/87 indictment filed.
A/W ordered.
Assigned to Judge McMahon.
            Peck, MJ.